65 F.3d 162
 69 Fair Empl.Prac.Cas. (BNA) 768
 Jacqueline Kellam, Carmen Ergenzinger, Patricia Opdyke
v.
Snelling Personnel Services, Inc., a/k/a Snelling &
Snelling, Inc., Snelling Personnel Services, a/k/a Snelling
Temporaries, Thomas Cahall, Jr., Jacqueline (Kelley) Kellam,
Carmen (Soriano) Ergenzinger
 NO. 94-7689
 United States Court of Appeals,
Third Circuit.
 July 27, 1995
 
 Appeal From: D.Del., No. 93-cv-00591,
 Latchum, J.,
 
 866 F.Supp. 812
 
 1
 AFFIRMED.